# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:09-73-017 (TLW)</u> |
|  | ) | USM No: <u>17096-171</u> |
| -versus- | ) | <u>Pro se</u> |
|  | ) | Defendant's Attorney |
| Marcus Allen McCall | ) |  |
|  | ) |  |
| Date of Previous Judgment: <u>April 8, 2010</u> | ) |  |
| *(Use Date of Last Amended Judgment if Applicable)* | ) |  |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u> ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **<u>DENIED</u>** <u>(Doc. # 1029)</u>**.**  This case does not qualify because the current sentence is the mandatory minimum with no 5K1.1 departure motion.

**IT IS SO ORDERED**.

Order Date:   <u>July 2, 2012</u>                                                    <u>s/ Terry L. Wooten</u>
                                                                                                    *Judge's signature*

Effective Date:                                                                       <u>Terry L. Wooten, United States District Judge</u>
*(if different from above)*